# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 16-17686-AMC

GREGORY ALVEREST

225 West Nedro Avenue

Philadelphia, PA 19120

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  GREGORY ALVEREST

  225 West Nedro Avenue

  Philadelphia, PA 19120

Counsel for debtor(s), by electronic notice only.

  MICHAEL D. SAYLES ESQ
  427 W. CHELTENHAM AV
  SUITE 2
  ELKINS PARK, PA 19027-3291

                                        /S/ William C. Miller

Date: 1/19/2017                              _____

                                        William C. Miller, Esquire
                                        Chapter 13 Standing Trustee