# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 16-17686-AMC

GREGORY ALVEREST

225 WEST NEDRO AVENUE

PHILADELPHIA, PA 19120

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GREGORY ALVEREST

225 WEST NEDRO AVENUE

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

MICHAEL D. SAYLES ESQ
427 W. CHELTENHAM AV
SUITE 2
ELKINS PARK, PA 19027-3291

                                   /S/ William C. Miller

Date: 8/3/2017                                _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee