UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Gregory Alverest**               :    Chapter 13
                                          :
                                          :
                    Debtor                :    Bankruptcy No. **16-17686**

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for **Michael D. Sayles, Esquire**, counsel for Debtors (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing **on September 12, 2017,** IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation Chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on October 17, 2017, at 11:00 A.M in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

**Date: September 18, 2017**

_____
Ashely M. Chan
United States Bankruptcy Judge

cc:    Michael D. Sayles, Esquire
       427 West Cheltenham Avenue
       Elkins Park, PA 19027

       David Joseph
       42 Berkley Avenue
       Lansdowne, PA 19050

       William C. Miller, Esquire
       Chapter 13 Standing Trustee
       P.O. Box 40119

Philadelphia, PA 19106-0119

**All Creditors listed on the attached mailing matrix**

.

American InfoSource
PO Box 268941
Oklahoma City, OK 73126-8941

Americredit
PO Box 183593
Arlington, TX 76096-3593

Capital One
PO Box 85015
Richmond, VA 23285-5018

City & School District of Philadelphia
Law Department-Tax Unit
Municipal Services Building
1401 JFK Blvd, 5th floor
Philadelphia, PA 19102

Commonwealth of Pennsylvania
c\o First Judicial of Pennsylvania
APPD/OJR/OCC
Room 370 City Hall
Philadelphia, PA 19107

Credit Coll
PO box 60607
Oklahoma City, OK 73146

DIRECTV
PO Box 11732
Newark, NJ 07101-4732

GE Capital Retail Bank
PO Box 965002
Orlando, FL 32896

GM Financial
801 Cherry Street
Fort Worth, TX 76102

```
Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617



Midland Funding
227 West Trade Street
Charlotte, NC 28202



Midland Funding LLC
1315 Aero Drive
San Diego, CA 92123



Midland Funding LLC
8875 Aero Drive
Ste 200
San Diego, CA 92123



NCO FIN/99
PO BOX 15636
Wilmington, DE 19850



PECO-Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629



PHFA
PO Box 8029
Harrisburg, PA 17105



PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101



Philadelphia Gas Works
PO Box 11700
Newark, NJ 07101-4700
```

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-0914


PYOD, LLC
PO Box 19008
Greenville, SC 29602


Resurgent Capital Services
PO Box 19008
Greenville, SC 29602


Rochelle Alverest
225 Nedro Avenue
Philadelphia, PA 19120


Utah Loan Service
PO Box 445
Kaysville, UT 84037


Water Revenue Bureau
Philadelphia Department of Revenue
1401 JFK Boulevard
Philadelphia, PA 19102-1663