United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Gregory Alverest
          Debtor

Case No. 16-17686-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Sep 18, 2017
                             Form ID: pdf900          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2017.
```
db           +Gregory Alverest,    225 West Nedro Avenue,    Philadelphia, PA 19120-1838
13817154    ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,   ARLINGTON TX 76096-3853
             (address filed with court:  Americredit,    PO Box 183593,   Arlington, TX 76096-3593)
13817155    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:  Capital One,    PO Box 85015,   Richmond, VA 23285-5018)
13817157     Commonwealth of Pennsylvania,    c/o First Judicial of Pennsylvania,    APPD/OJR/OCC,
             Room 370 City Hall,    Philadelphia, PA 19107
13817159    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
             (address filed with court:  DIRECTV,    PO Box 11732,   Newark, NJ 07101-4732)
13817161     +GM Financial,    801 Cherry Street,    Fort Worth, TX 76102-6803
13817163     +Midland Funding,    227 West Trade Street,    Charlotte, NC 28202-1675
13817164      Midland Funding LLC,    1315 Aero Drive,    San Diego, CA 92123
13817167      PECO-Payment Processing,    PO Box 37629,    Philadelphia, PA 19101-0629
13817169     +PHFA Loan Servicing Division,    211 North Front Street,    Harrisburg, PA 17101-1466
13817170      Philadelphia Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13828768     +Philadelphia Gas Works,    800 W Montgomery Avenue,    Philadelphia Pa 19122-2898,
             Attn: Bankruptcy Dept 3F
13873372     +U.S. Bank National Association (Trustee for the Pe,    PHFA Loan Servicing Division,
             211 North Front Street,    Harrisburg, PA 17101-1466
13817174     +Utah Loan Service,    PO Box 445,    Kaysville, UT 84037-0445
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@phila.gov Sep 19 2017 02:30:46    City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2017 02:30:23
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2017 02:30:33    U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13817153      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 19 2017 02:38:55    American InfoSource,
             PO Box 268941,    Oklahoma City, OK 73126-8941
13896120      E-mail/Text: bankruptcy@phila.gov Sep 19 2017 02:30:46    City of Philadelphia,
             Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
             Philadelphia, PA  19102-1595
13817156      E-mail/Text: bankruptcy@phila.gov Sep 19 2017 02:30:47    City of Philadelphia,
             City & School District of Philadelphia,    Law Department-Tax Unit,
             Municipal Services Building,    1401 JFK Blvd, 5th floor,    Philadelphia, PA 19102-1617
13817158     +E-mail/Text: bkaudit@emracccounts.com Sep 19 2017 02:30:07    Credit Coll,    PO box 60607,
             Oklahoma City, OK 73146-0607
13817160     +E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2017 02:39:02    GE Capital Retail Bank,
             PO Box 965002,    Orlando, FL 32896-5002
13817162      E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 19 2017 02:30:29    Jefferson Capital Systems, LLC,
             P.O. Box 7999,    Saint Cloud, MN 56302-9617
13817165     +E-mail/Text: bankruptcydpt@mcmcg.com Sep 19 2017 02:30:24    Midland Funding LLC,
             8875 Aero Drive,    Ste 200,    San Diego, CA 92123-2255
13817166     +E-mail/Text: bankruptcydepartment@tsico.com Sep 19 2017 02:30:51    NCO FIN/99,    PO BOX 15636,
             Wilmington, DE 19850-5636
13817168      E-mail/Text: blegal@phfa.org Sep 19 2017 02:30:25    PHFA,    PO Box 8029,
             Harrisburg, PA 17105
13817171      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2017 02:39:04
             Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-0914
13817172     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2017 02:38:55    PYOD, LLC,
             PO Box 19008,    Greenville, SC 29602-9008
13862369     +E-mail/Text: JCAP_BNC_Notices@jcap.com Sep 19 2017 02:30:29    Premier Bankcard, Llc,
             c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13817173     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 19 2017 02:39:03
             Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
13817175      E-mail/Text: james.feighan@phila.gov Sep 19 2017 02:30:53    Water Revenue Bureau,
             Philadelphia Department of Revenue,    1401 JFK Boulevard,    Philadelphia, PA 19102-1663
                                                                                          TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13905815*    +CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
             1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
                                                                         TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-2           User: Antoinett          Page 2 of 2           Date Rcvd: Sep 18, 2017
                               Form ID: pdf900          Total Noticed: 31
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2017 at the address(es) listed below:
          DENISE ELIZABETH CARLON    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          MICHAEL D. SAYLES   on behalf of Debtor Gregory  Alverest midusa1@comcast.net,
          michaeldsaylesesq@comcast.net;r43253@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
          PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                    TOTAL: 5
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Gregory Alverest**                                          :          Chapter 13
                                                                   :
                                                                   :
                                    Debtor          :          Bankruptcy No. **16-17686**

**ORDER**

Upon consideration of the Application for Compensation and Reimbursement of Expenses for **Michael D. Sayles, Esquire**, counsel for Debtors (the "Application"), and upon Counsel for Debtor request to retain jurisdiction at the Motion to Dismiss hearing **on September 12, 2017,** IT IS ORDERED THAT:

1.      The case is dismissed.

2.      Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation Chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3.  A hearing shall be held on <u>October 17, 2017</u>, at <u>   11   </u>:00 <u>A</u>.M in Bankruptcy Courtroom No. 5, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4.      Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

**Date: September 18, 2017**                    _____
                                                           Ashely M. Chan
                                                           United States Bankruptcy Judge

cc:      Michael D. Sayles, Esquire
          427 West Cheltenham Avenue
          Elkins Park, PA 19027

          David Joseph
          42 Berkley Avenue
          Lansdowne, PA 19050

          William C. Miller, Esquire
           Chapter 13 Standing Trustee
           P.O. Box 40119

Philadelphia, PA 19106-0119

**All Creditors listed on the attached mailing matrix**

American InfoSource
PO Box 268941
Oklahoma City, OK 73126-8941


Americredit
PO Box 183593
Arlington, TX 76096-3593


Capital One
PO Box 85015
Richmond, VA 23285-5018


City & School District of Philadelphia
Law Department-Tax Unit
Municipal Services Building
1401 JFK Blvd, 5th floor
Philadelphia, PA 19102


Commonwealth of Pennsylvania
c\o First Judicial of Pennsylvania
APPD/OJR/OCC
Room 370 City Hall
Philadelphia, PA 19107


Credit Coll
PO box 60607
Oklahoma City, OK 73146


DIRECTV
PO Box 11732
Newark, NJ 07101-4732


GE Capital Retail Bank
PO Box 965002
Orlando, FL 32896


GM Financial
801 Cherry Street
Fort Worth, TX 76102

Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617


Midland Funding
227 West Trade Street
Charlotte, NC 28202


Midland Funding LLC
1315 Aero Drive
San Diego, CA 92123


Midland Funding LLC
8875 Aero Drive
Ste 200
San Diego, CA 92123


NCO FIN/99
PO BOX 15636
Wilmington, DE 19850


PECO-Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629


PHFA
PO Box 8029
Harrisburg, PA 17105


PHFA Loan Servicing Division
211 North Front Street
Harrisburg, PA 17101


Philadelphia Gas Works
PO Box 11700
Newark, NJ 07101-4700

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541-0914


PYOD, LLC
PO Box 19008
Greenville, SC 29602


Resurgent Capital Services
PO Box 19008
Greenville, SC 29602


Rochelle Alverest
225 Nedro Avenue
Philadelphia, PA 19120


Utah Loan Service
PO Box 445
Kaysville, UT 84037


Water Revenue Bureau
Philadelphia Department of Revenue
1401 JFK Boulevard
Philadelphia, PA 19102-1663