UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Gregory Alverest**          :          CHAPTER: 13
                                     :
                                     :
DEBTOR                               :          Bankruptcy No.: **16-17686\amc**

**PRAECIPE OF DEBTOR TO WITHDRAW
CERTIFICATE OF SERVICE OF ORDER TO DISMISS
CHAPTER 13 BANKRUPTCY AND SETTING DEADLINE**

To the Clerk, United States Bankruptcy Court:

Kindly withdraw **DEBTOR'S CERTIFICATE OF SERVICE: DOCKET ENTRY #54**, for the record.

Respectfully Submitted,

By: **\s\ Michael D. Sayles, Esquire**
Michael D. Sayles, Esquire
Attorney for Debtor

Dated: October 11, 2017