IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  **Gregory Alverest**            )            Chapter 13
                                        )
                                        )
        Debtor                          )
                                        )            Bankruptcy No.: **16-17686**

## CERTIFICATE OF NO RESPONSE TO APPLICATION FOR COUNSEL FEES and\or ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed

on the Certificate of Service to the <u>APPLICATION FOR COUNSEL FEES</u> and\or the <u>ORDER</u>

<u>DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR APPLICATIONS FOR</u>

<u>ALLOWANCE OF ADMINISTRATIVE EXPENSES</u>.

Date: October 17, 2017                      Respectfully Submitted,


                                            <u>**\s\ Michael D. Sayles**</u>
                                            Michael D. Sayles
                                            Attorney for Debtor
                                            427 W. Cheltenham Ave #2
                                            Elkins Park, PA  19027
                                            215-635-2270 (phone)
                                            215-424-1263 (fax)